IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL KAY SHIELDS,  
        Petitioner,

v.

ERIN REYES,  
        Respondent.

No. 2:21-cv-01885-JE

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge John Jelderks issued a Findings and Recommendation on February 16, 2024, in which he recommends that this Court deny the Amended Petition for Writ of Habeas Corpus, dismiss this matter with prejudice, and decline to issue a certificate of appealability. F&R, ECF 47. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Petitioner filed timely objections to the Magistrate Judge's Findings and Recommendation. Pet. Obj., ECF 51. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Petitioner's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks' Findings and Recommendation, ECF 47. Therefore, the Court DENIES the Amended Petition for Writ of Habeas Corpus, ECF 21; DISMISSES this matter with prejudice; and DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

DATED: ___May 6, 2024___.

MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER